THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RUSSO, Alias HARRY GREENBERG, Appellant.— Judgment of the County Court of Kings county, convicting the defendant of the crime of rape in the first degree, unani-

mously affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.